

# Illinois Department of Insurance

**JB PRITZKER**
Governor

**ANN GILLESPIE**
Acting Director

November 18, 2024

Hartford Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155

Case Number: 1:24 CV 11237

Gentlemen:

    Enclosed please find a copy of Summons and Complaint mailed to me as your agent for service of process and received in my Springfield Office on November 12, 2024 in the case of Endurance Assurance Corporation vs your company et al.

**Batch #:** 9
**Article #:** 92147969009997901654316691
**Date/Time:** 11/18/2024 2:20:41PM

**Code2:** 1:24 cv 11237 pas

**Internal File #:**
**Internal Code:**

Sincerely,

Ann Gillespie
Acting Director of Insurance

AG:AS: pas
Encl.

CERTIFIED MAIL
RETURN RECEIPT REQUESTED



Springfield Office
320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515

Chicago Office
122 S. Michigan Ave., 19th Floor
Chicago, Illinois 60603
(312) 814-2420

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   Date of Delivery: NOV 2 2 2024 |
| Article Addressed to:<br><br>Hartford Fire Insurance Company<br>One Hartford Plaza<br>Hartford, CT 06155<br><br>11/18/2024  2:20:41PM<br><br>[barcode]<br>9290 9969 0099 9754 3167 07<br><br>Article Number (Transfer from service label)<br>9214 7969 0099 9790 1654 3166 91 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

S Form 3811, July 2020 PSN 7530-02-000-9053                 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

Code2: 1:24 cv 11237 pas

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box

**Financial Corporate Regulatory
Illinois Dept of Insurance
320 West Washington
Springfield, IL 62767**

9290 9969 0099 9754 3167 07